UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

WILLIAM BLACK,

          Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant.

NO. CV-09-141-CI

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

      This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

      Plaintiff's Motion for Summary Judgment is **GRANTED**. This matter is remanded to the Commissioner for additional proceedings consistent with the Court's decision and sentence four of 42 U.S.C. §405(g) . Defendant's Motion for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

      DATED: April 27, 2010

                                          JAMES R. LARSEN
                                          District Court Executive/Clerk

                                          s/ L. Stejskal
                                          Deputy Clerk